**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Barry Joseph Sallinger
Attorney At Law
P. O. Box 2433
Lafayette LA 70502

**REHEARING ACTION: November 13, 2013**

**Docket Number: 13   00295-CA**

**STATE OF LOUISIANA**
**VERSUS**
**ADAM R. HERPIN**

**Appealed from Kaplan City Court Parish Case No. 11059**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Adam R. Herpin** has this day been

> **DENIED.**

cc: Aimee F. Hebert, Counsel for the Appellee